IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| **Peder Skoog,** | Case No. 4:20-cv-280 |
| Plaintiff, | |
| v. | |
| | **Defendants' Notice of Removal** |
| **Wells Fargo & Company and Wells Fargo Bank, N.A.,** | |
| Defendants. | |

COME NOW Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants") and remove the above-captioned civil action from the Iowa District Court in and for Dallas County, Case No. LACV042518, to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Federal Rule of Civil Procedure 81, and Local Rule 81.  As grounds for removal, Defendants state:

1. Plaintiff Peder Skoog ("Plaintiff") filed his Petition at Law and Jury Demand on August 7, 2020, in the Iowa District Court for Dallas County.  In his Petition, Plaintiff alleges Defendants violated the federal Family Medical Leave Act and the Americans with Disabilities Act, as amended, and further raised state law claims under Iowa Code Chapter 216 and for wrongful termination in violation of the public policy of the State of Iowa.

2. Effective August 14, 2020, Defendants accepted service of the Petition at Law and Jury Demand and waived personal service of the Original Notice.

3. There have been no further proceedings in the Iowa District Court for Dallas County in this action.

4. Pursuant to 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999), Defendants have timely removed this action because this Notice of Removal is filed within 30 days after Defendants' acceptance of service of the initial pleading setting forth the claims for relief upon which the action is based.

5. The United States District Court for the Southern District of Iowa, Central Division, has subject matter jurisdiction over this action based on the federal questions contained in Plaintiff's Petition alleging that Defendants violated his rights under the federal Family Medical Leave Act and the Americans with Disabilities Act, as amended. Therefore, Plaintiff's claims may be removed to the United States District Court for the Southern District of Iowa, Central Division, pursuant to 28 U.S.C. § 1331.

6. As required by Local Rule 81(a)(4), Defendants state that for purposes of removal of this action from state court, this is an action where the amount in controversy for Plaintiff's claim exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

7. At the time this action commenced, Plaintiff was and currently remains a citizen and resident of the State of Iowa, Dallas County.

8. Defendant Wells Fargo & Co. was at the time this action was commenced and remains a corporation organized under the laws of Delaware and a financial holding company and a bank holding company registered under the Bank Holding Company Act of 1956, as amended, with its principal executive offices at 420 Montgomery Street, San Francisco, California 94104.

9. Defendant Wells Fargo Bank, N.A. was at the time this action was commenced and remains a federally chartered National Banking Association that is organized and exists

under the National Banking Act, with its Main Office, as set forth in its Articles of Association, in the State of South Dakota.

10.     Thus, because complete diversity of the parties exists and the amount in controversy exceeds $75,000, this Court has original jurisdiction over the action under 28 U.S.C. § 1332(a) diversity jurisdiction. *See Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303 (2006). Because Plaintiff has also brought claims under the federal Family Medical Leave Act and the Americans with Disabilities Act, this Court additionally has jurisdiction under 28 U.S.C. § 1331 federal question jurisdiction. Thus, this action may be removed to this Court pursuant to § 1441.

11.     Based upon the allegations in Plaintiff's Petition, the proper venue for removal of this action is to the United States District Court for the Southern District of Iowa, Central Division, because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

12.     In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders provided to Defendants in this action are attached as Exhibit "A," and are incorporated here by this reference.

13.     In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Iowa District Court for Dallas County and is being served on all adverse parties.

WHEREFORE, Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. give notice that the above-entitled action is removed from the Iowa District Court in and for Dallas County.

Dated:  September 3, 2020.

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>/s/ Michael A. Giudicessi</u>
Michael A. Giudicessi, *Lead Counsel*
  *Michael.giudicessi@faegredrinker.com*
Susan P. Elgin
  *Susan.elgin@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS
WELLS FARGO & COMPANY
AND WELLS FARGO BANK, N.A.**

**Certificate of Service**

The undersigned certifies that a true copy of **Defendants' Notice of Removal** was served upon the following parties through the court's CM/ECF electronic filing system on September 3, 2020.

<u>/s/ Katie Miller</u>

Copy to:

Michael J. Carroll
  *michael@wdmlawyers.com*
Megan Flynn
  *megan@wdmlawyers.com*

*Attorneys for Plaintiff Peder Skoog*